IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ALEJANDRO RAMIREZ-MENDOZA,

    Petitioner,

v.                                                                 Case No. 2:25-cv-3068-MSN-tmp

SCOTT LADWIG; Acting Field Office
Director of Enforcement and Removal Operations,
New Orleans Field Office, Immigration and
Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department of
Homeland Security;
PAMELA BONDI, U.S. Attorney General;
EXECUTIVE OFFICE OF IMMIGRATION
REVIEW;
DEPARTMENT OF HOMELAND SECURITY;
and TRINITY MINTER, Warden of West Tennessee
Detention Facility,

    Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE**

---

Petitioner Alejandro Ramirez-Mendoza, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement and Removal

Operations.[1]  The Clerk is **ORDERED** to terminate Kristi Noem, Pamela Bondi, Executive Office of Immigration Review, and Trinity Minter as Respondents.

The Clerk is further **ORDERED** to serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig[2] by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve: (1) the United States Attorney for the Western District of Tennessee electronically at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office electronically at stuart.canale@usdoj.gov.  Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk is further **ORDERED** to send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651(a), Respondent is **ORDERED** not to remove Petitioner from the West Tennessee Detention Facility while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within **three (3) days** why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim that the petitioner must exhaust remedies.

---

[1] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Nov. 25, 2025); *see* Petition for Writ of Habeas Corpus, *Godinez-Lopez v. Ladwig, et al.*, No. 2:25-cv-02962-SHL-atc (W.D. Tenn. Oct. 17, 2025), ECF No. 1.

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See*  New Orleans Field Office | ICE (last accessed Nov. 25, 2025).

Petitioner may file a reply within **three (3) days** of service of the return. If the Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform the Respondent of those issues in the return.

If the Court determines a hearing is necessary, a date shall be set by separate order. *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 25th day of November, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE