**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

ALEJANDRO RAMIREZ-MENDOZA,

      Petitioner,

v.                                                                      Case No. 2:25-cv-3068-MSN-tmp

SCOTT LADWIG,
New Orleans Field Office Acting Director for
ICE Enforcement and Removal Operations,

      Respondent.

---

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**

---

Petitioner seeks to voluntarily dismiss his Petition for a Writ of Habeas Corpus (ECF No. 1) because he has been released from immigration custody on bond and seeks no further relief from this Court (ECF No. 28, "Motion"). The Court finds the Motion well-taken, and it is **GRANTED**. The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. Judgment will be entered accordingly.

**IT IS SO ORDERED**, this 21st day of May, 2026.

                                *s/ Mark S. Norris*
                                MARK S. NORRIS
                                UNITED STATES DISTRICT JUDGE